Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com
Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN EGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>    vs.<br><br>ENERGY REMODELING, INC.; and DOES 1 through 10, inclusive,<br><br>Defendant. | **Case Number**<br><br>2:18-cv-03449-ODW-KS<br><br>**NOTICE OF SETTLEMENT** |

NOW COME THE PLAINTIFF by and through their attorneys to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and that the matter matter be dismissed with prejudice as to named plaintiff and without prejudice as to the class.

Respectfully submitted this September 5, 2018.

By: /s/Adrian R. Bacon
Adrian R. Bacon, ESQ.

## **CERTIFICATE OF SERVICE**

Filed electronically on September 5, 2018, with:

United States District Court CM/ECF system

Notification sent electronically on September 5, 2018, to:

To the Honorable Court, all parties and their Counsel of Record

This 5th Day of September, 2018.

<u>By: /s/ Adrian R. Bacon</u>
    Adrian R. Bacon, ESQ.