| No. | CV 18-03449-ODW (KS) | Date | September 6, 2018 |
|---|---|---|---|
| Title | *Brian Egan v. Energy Remodeling, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**                           **In Chambers**

On September 5, 2018, Plaintiff filed a Notice of Settlement (ECF No. 18) and requested that the Court dismiss Plaintiff's claims with prejudice, and to dismiss the class allegations of the Complaint without prejudice. Accordingly, the Court **DISMISSES** the class allegations in Plaintiff's complaint, **without prejudice**, and **DISMISSES** Plaintiff's claims as to Defendant **with prejudice**. The Court also finds that notice to the putative class members is not necessary given the stage of the proceedings, and that the dismissal of their claims is without prejudice.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                           :    00

Initials of Preparer    SE